FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 25 2010

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | SA 10 - 431 M |
| v. | |
| Vermaak, Johannes | **ORDER OF TEMPORARY DETENTION** |
| | **PENDING HEARING PURSUANT** |
| DEFENDANT(S). | **TO BAIL REFORM ACT** |

Upon motion of _____ def _____, IT IS ORDERED that a detention hearing
is set for __ Oct 28 2010 __, at _2:00_ ☐a.m. / ☒p.m. before the
Honorable ____ Robert N Block ____, in Courtroom _6B_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or
_____ and produced for the hearing.
_____(Other custodial officer)_____

Dated: ____ 10/25/10 ____          _____
                                    **ROBERT N. BLOCK**
                                    U.S. District Judge/Magistrate Judge